## Stanley Mruk, Appellee, v. Mike Mruk and Marie Mruk, Appellants.

### Gen. No. 41,123.

252

Heard in second division, first district, this court at February term, 1940; opinion filed July 1, 1941. Joseph Lustfield, for appellants; Ode L. Rankin, of counsel; Charles E. Loy, for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."